604

379 A.2d 304

John VISLOSKY, Jr., and Dorothy S. Vislosky, his wife, Clarence W. Keiper and Ruth S. Keiper, his wife, Earl F. Abrahims and Dorothy A. Abrahims, his wife, James O. Hollister and Rosanna Josephine Hollister, his wife, and James Russell and Frances Russell, his wife, Individually, on behalf of others similarly situated, and the Taxpayers' Association of Falls Township, an Unincorporated Association, by the aforementioned persons, as Trustees ad Litem, Appellants,

v.

DANHERST CORPORATION, Provident National Bank, a/k/a Provident Tradesmens Bank and Trust Company, the Township of Falls Authority, and the Township of Falls.

Supreme Court of Pennsylvania.

Argued Jan. 14, 1976.

Decided Oct. 28, 1977.

Curtin & Heefner, Edward I. Dobin, Morrisville, for appellee, Tp. of Falls Authority.

Townsend, Elliott & Munson, Carl E. Esser, Philadelphia, for appellee, Provident Nat. Bank.

David H. Moskowitz, Langhorne, for appellants.

Walter W. Jackson, Fairless Hill, Henry T. Reath, Philadelphia, for appellee, Danherst Corp.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party to pay own costs.

JONES, former C. J., did not participate in the consideration or decision of this case.